## Commonwealth *v.* Sheffey, Appellant.

Submitted April 15, 1975. *Donna Jo McDaniel,* Trial De-

fender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Robert L. Campbell, Robert L. Eberhardt,* and *Charles W. Johns,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.